CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
OCT 20 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM MUHAMMAD,<br>　　Plaintiff, | ) | Civil Action No. 7:14-cv-00424 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, <u>et al.</u>,<br>　　Defendants. | ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 20th day of October, 2014.

　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　Senior United States District Judge